**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| EMILIO MIRELES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE HEALTHCARE GROUP MANAGEMENT SERVICES LLC d/b/a CORNERSTONE SPECIALTY HOSPITALS,<br><br>Defendant. | Case No. 3:24-cv-00410-DJH |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiff Emilio Mireles ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks preliminary approval of a proposed class action settlement and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiff states the following:

1. The terms of the settlement are set forth in the Settlement Agreement that was executed on or around April 21, 2025, attached as Exhibit A to Plaintiff's accompanying memorandum filed contemporaneously herewith.

2. The relief sought in this motion is supported by Counsel Leigh Montgomery's Declaration, attached as Exhibit B to Plaintiff's memorandum in support of this Motion; Plaintiff's memorandum of law in support of the motion for preliminary approval; and the proposed orders and other supporting documents submitted herewith.

3. Plaintiff states that the proposed settlement falls within the approvable range of fair, reasonable, and adequate; satisfies the requirements of Fed. R. Civ. P. 23 and should be preliminarily approved by this Court.

WHEREFORE, Plaintiff respectfully requests that the Court enter the [Proposed] Order granting preliminary approval of the class action settlement, conditionally certifying a Settlement Class, granting preliminary approval of the Settlement Agreement, approving the form and manner of Notice, and scheduling a Final Approval Hearing.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Danielle L. Perry*

Danielle L. Perry*
Gary E. Mason*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, D.C. 20015
Phone: (202) 429-2290
Email: dperry@masonllp.com
Email: gmason@masonllp.com
Email: lwhite@masonllp.com

Jarrett L. Ellzey*
Texas Bar No. 24040864
Leigh S. Montgomery*
Texas Bar No. 24052214
**ELLZEY & ASSOCIATES**
4200 Montrose Street, Suite 200
Houston, TX 77006
Phone: (888) 276-3455
Email: jellzey@eksm.com
Email: lmontgomery@eksm.com

**ATTORNEYS FOR PLAINTIFF**
* admitted *pro hac vice*

**CERTIFICATE OF CONFERENCE**

I, the undersigned attorney, hereby certify to the Court that I have conferred with opposing counsel in an effort to resolve the issues contained in this motion without the necessity of Court intervention, and opposing counsel has indicated that they do not oppose this motion.

Certified to the 30 April 2025 by

*/s/ Danielle L. Perry*
Danielle L. Perry

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Danielle L. Perry*
Danielle L. Perry